CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELVIE GICHANGA,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND, *et al*.,<br><br>                    Defendants. | Case No. 4:25-cv-10010-AMO<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On February 23, 2026, the Court granted the parties' request to stay proceedings until June 16, 2026. *See* Dkt. No. 9. United States Citizenship and Immigration Services ("USCIS") reinterviewed Plaintiff on June 11, 2026. Following the re-interview, USCIS is working towards completing adjudication of Plaintiff's application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 9, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Joint Status Report and Stipulation
Case No. 4:25-cv-10010-AMO                    1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 16, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 16, 2026

*s/ Marc A. Karlin*
MARC A. KARLIN
Karlin & Karlin, APLC
Attorney for Plaintiff

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until October 9, 2026.

Date:   6/17/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
Case No. 4:25-cv-10010-AMO                    2